# AFFIRMATION OF SERVICE

Russell Shanks, being an attorney duly admitted to the practice of law in the State of New York, residing in Monmouth County, New Jersey affirms the following under the penalties of perjury:

THAT on the 18th day of May, 2017 affirmant served the annexed Answer and Rule 7.1 statement upon:

Daniel Schlanger, Esq.
Kakalec & Schlanger
85 Broad Street, 18th Floor
New York, NY 10004

at the addresses designated by said parties and attorneys for that purpose by mailing the same in a sealed envelope, with postage prepaid thereon, by first class mail in an official depository of the U.S. Postal Service within the State of New York.

Dated: New York, New York
       May 18, 2017

_____
Russell Shanks